UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Barnard,</u>
      Plaintiff

   V.

CIVIL ACTION

NO. <u>05-40056-FDS</u>

<u>Unidentified Third Party, MA,</u>
      Defendant

<u>ORDER OF DISMISSAL</u>

<u>Saylor,   D. J.</u>

  For failure of the plaintiff to file a return of service and/or show good cause why service has not been made as ORDERED on <u>  9/15/05                </u>, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

               By the Court,

<u>  10/13/05      </u>        /s/ Martin Castles
  Date            Deputy Clerk

(4mdism.ord - 09/96)                  [odism.]